# ARCHIBONG, ARCHIBONG, P.C.
Attorney-at-Law

---

**55 Jericho Turnpike, Suite 200,
Jericho, New York 11753
Tel: 516-997-9711 Fax: 516-997-9722**
archieslaw@gmail.com / www.archibong.com

September 10, 2020

*Via ECF*

Judge Eric R. Komitee
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States of America v. Joshua Philips*
Docket No: 1:18-cr-00121-EK

Dear Honorable Judge Komitee:

On consent of the Government and the undersigned counsel for defendant Joshua Philips, we request a third continuance of the in person sentencing appearance in this matter.

The reason for this adjournment request is because Mr. Philips resides in Atlanta, Georgia and pursuant to New York's COVID-19 restrictions will be required to quarantine for 14 days upon entry into the state. Further, your correspondent will be returning from abroad and may undergo the same restrictions.

The Government and defendant agree that this matter be adjourned through November 23, 24, or 30, 2020 or later. All subject to the convenience of this honorable court.

I am much obliged.

Respectfully submitted,

Archibong Archibong

cc ECF:     Sara Evans, Esq.
            Assistant United States Attorney